E-Filing

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) |
| vs. | ) Docket Number: CR 05-0283-13 JSW |
| VAEA TANGITAU SANFT | ) |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ March 9, 2006, _____ be continued until _____ April 27, 2006 _____ at _____ 2:30 p.m. _____.

Date: FEB 2 4 2006

_Jeffrey S. White_
The Honorable Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04