1  HAROLD J. ROSENTHAL, ESQ. State Bar No. 68380

2  Attorney at Law
   803 Hearst Avenue

3  Berkeley, CA 94707

4  (510) 981-1800 ph
   (510) 981-1821 fax

5

6  Attorneys for Defendant
   FETONGI SANFT

7

8

9

10            **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA**

12

13

14

15  UNITED STATES OF AMERICA,    )        No. CR05-00283JSW
                                 )
16            Plaintiff,         )
                                 )        **STIPULATION AND ~~[PROPOSED]~~**
17                               )        **ORDER CONTINUING**
                                 )        **DATE**_____
18      vs.                      )
                                 )
19  FETONGI SANFT,               )
                                 )
20            Defendant.         )
                                 )
21  _____    )

22  TO: THE CLERK OF THE ABOVE ENTITLED HONORABLE COURT:

23      Following consultation among government counsel, the probation officer, and

24

25  defense counsel the parties agreed that good cause existed to continue defendant Fetongi

26  Sanft's sentening presently scheduled for April 20, 2006 at 2:30 p.m. until June 8, 2006 at

27  2:30 p.m.  Specifically, defense counsel has planned to accompany his young daughter as

28

1 concerns a  trip to be conducted during her school spring break; as it turns out, the break

2 falls squarely within the week Mr. Sanft had been scheduled for sentencing.  The parties

3

4 concurred that the sentencing should be continued until counsel had satisfied his

5 obligations.  The date was chosen through consultation with the court staff, and it appears

6 the date chosen accommodated all legitimate interests, including limiting the number of

7 sentences related to the instant prosecution to no more than three on any single day.

8

9        It is therefore stipulated, subject to the approval of the Court, that:

10        (1) The date presently set for sentencing in this matter, April 20, 2006 is vacated;

11        (2) Sentencing is reset until June 8, 2006 at 2:30 a.m.

12 Dated:

13

14

15 _____

                JEFF FINIGAN, AUSA

16

17 Dated: April 15, 2006          _____

18                 HAROLD ROSENTHAL

19

20                 Attorney for Defendant Sanft

21

22

23

24

25

26

27

28

1

2

It is so ORDERED.

3

Dated: April 15, 2006

4

18

5

_____
6
THE HONORABLE JEFFREY S. WHITE
7
Judge of the United States District Court, Northern
District of California
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28