SHANA KEATING
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
415/567-9422
fax 776-8047
SBN 160900

Attorney for Defendant
VAIA SANFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>VAIA SANFT,<br><br>        Defendant.<br>_____/ | Case No. CR 05-00283<br><br>STIPULATION TO CONTINUE SENTENCING HEARING<br><br>AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel that:

The motions/sentencing hearing originally set for April 27, 2006, is vacated and hereby re-scheduled for June 15, 2006 at 2:00 p.m. These continuances are due to the unavailability of Mr. Sanft's counsel because of a family emergency.

For these reasons the parties stipulate that the currently scheduled sentencing be vacated and re-scheduled for June 15, 2006 at 2:00 p.m., or another date convenient to the parties and the Court.

DATED:                                              Respectfully submitted,

April 26, 2006                                      _____
                                                    SHANA KEATING
                                                    Attorney for Defendant
                                                    VAIA SANFT

DATED:                                              _____
                                                    JEFF FINNEGAN
                                                    Assistant United States Attorney

IT IS SO ORDERED
*Jeffrey S. White*
Judge Jeffrey S. White